No. 205. OZARK DAIRY CO. ET AL. *v.* ADAMS DAIRY Co. ET AL. C. A. 8th Cir. Certiorari denied. *J. L. London* for petitioners. *R. H. McRoberts, John H. Lashly, Paul B. Rava* and *J. Leonard Schermer* for respondents.

No. 208. SEXTON, EXECUTOR, *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Justin A. Stanley* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, I. Henry Kutz* and *Morton K. Rothschild* for the United States.

No. 209. RICHARDSON ET AL., EXECUTORS, *v.* SMITH, COLLECTOR OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Daniel Mungall, Jr.* and *Lewis M. Stevens* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *I. Henry Kutz* for respondent.

No. 210. THOMPSON *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied. *C. O. Pearson* for petitioner. *T. W. Bruton,* Attorney General of North Carolina, and *G. Andrew Jones, Jr.,* Assistant Attorney General, for respondent.

No. 214. JOSEPH L. O'BRIEN Co. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Francis T. Anderson* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Jones, Meyer Rothwacks* and *Morton K. Rothschild* for respondent.

No. 215. NORTHERN OHIO TELEPHONE Co. *v.* WARD. C. A. 6th Cir. Certiorari denied. *Sidney D. Griffith* for petitioner. *H. Guy Hardy* for respondent.